UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DONNA CORNETT, et al.,
                Plaintiffs,

-against-                      23 Civ. 6893 (LGS)

                            ORDER

DAVID C. BANKS, et al.,
                Defendants.
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, this matter was filed on August 4, 2023.  On October 5, 2023, the Court adopted and ordered Plaintiff's proposed briefing schedule for the parties' cross-motions for summary judgment, commencing with Plaintiffs' motion on November 21, 2023.  That filing date has been extended twice because the parties had not yet received the administrative record.  The December 19, 2023, Order instructed Plaintiffs to file their motion by January 17, 2024.  The Order also instructed Plaintiffs to file a status letter by December 22, 2023, on their efforts to secure timely access to the administrative record;

      WHEREAS, Plaintiffs have filed neither their status letter nor their motion for summary judgment.  It is hereby

      **ORDERED** that by **January 19, 2024**, Plaintiffs shall file their (1) motion for summary judgment or request for extension and (2) their status letter.  Failure to do so may result in dismissal for failure to prosecute.

Dated: January 18, 2024
       New York, New York

                                      LORNA G. SCHOFIELD
                                  UNITED STATES DISTRICT JUDGE