UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA CORNETT, Individually and as Parent and Natural Guardian of J.B., <br><br> Plaintiff, <br><br> -against- <br><br> DAVID C. BANKS and NEW YORK CITY DEPARTMENT OF EDUCATION, <br><br> Defendants. | 23-CV-06893 (MMG) <br><br> **NOTICE OF REASSIGNMENT** |

MARGARET M. GARNETT, United States District Judge:

      This case has been reassigned to the undersigned.  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the briefing schedule for summary judgment set by Judge Schofield's Order, dated January 22, 2024.  All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: February 28, 2024
       New York, New York

                                                                            SO ORDERED.

                                                                          MARGARET M. GARNETT
                                                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/28/2024