UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DONNA CORNETT, Individually and on Behalf of
J.B.,

                            Plaintiff,

        -against-

DAVID C. BANKS, et al.,

                          Defendants.
------------------------------------------------------------------X

**23-CV-06893 (MMG)**

**<u>ORDER SCHEDULING PRE-SETTLEMENT CONFERENCE CALL</u>**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A pre-settlement conference call in this matter is hereby scheduled for **<u>Thursday, May 23, 2024 at 10:30 a.m.</u>** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time.  **Please dial (888) 808-6929; access code 9781335**.

      SO ORDERED.

DATED:    New York, New York
               April 18, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge