**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DONNA CORNETT, Individually and on
Behalf of J.B.,

                            Plaintiff,

      -against-                                    23 **CIVIL** 6893 (MMG)

                                                 **JUDGMENT**

DAVID C. BANKS, et al.,

                            Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 5, 2025, the Defendants' motion for summary judgment is GRANTED and Plaintiff's motion for summary judgment is DENIED. Judgment is entered for the Defendants; accordingly, the case is closed.

**Dated:**  New York, New York

       March 6, 2025

                                                         **TAMMI M. HELLWIG**
                                                          **Clerk of Court**

                                **BY:**       K. Mango

                                                          **Deputy Clerk**